**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CREATEADS LLC, <br><br>  Plaintiff, <br><br> v. <br><br> SQUARESPACE INC., <br><br>  Defendant. | C.A. No. 12-01609-GMS <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CreateAds LLC and Defendant Squarespace Inc., and subject to the approval of the Court, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), all of Plaintiff's claims and Defendant's counterclaims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

RLF1 11487352v.1

| | |
|---|---|
| /s/ *Stephen B. Brauerman* | /s/ *Travis S. Hunter* |
| Richard D. Kirk (#0922) | Frederick L. Cottrell, III (#2555) |
| Stephen B. Brauerman (#4952) | Travis S. Hunter (#5350) |
| Bayard, PA | Richards, Layton & Finger, P.A. |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | 920 North King Street |
| (302) 655-5000 | Wilmington, Delaware 19801 |
| rkirk@bayardlaw.com | Telephone:  (302) 651-7700 |
| sbrauerman@bayardlaw.com | Facsimile:   (302) 651-7701 |
| | cottrell@rlf.com |
| | hunter@rlf.com |
| *Attorneys for Plaintiff CreateAds, LLC* | |
| | OF COUNSEL: |
| | |
| | Marvin S. Gittes |
| | Boris A. Matvenko |
| | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| | 666 Third Avenue |
| | New York, NY  10017 |
| | (212) 692-6247 |
| | (212) 983-3115 |
| Dated:  February 12, 2015 | *Attorneys for Defendant Squarespace, Inc.* |

IT IS SO ORDERED, this ___ day of February, 2015.

_____
The Honorable Gregory M. Sleet